UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-22746-CV-UNGARO

CARLOS FERNANDEZ, et. al.

    Plaintiff

v.

CHECK ALT ERAS INC. and
SHAI STERN

    Defendant
_____/

**PLAINTIFF's MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Plaintiff, by and through its undersigned counsel hereby seeks an extension of time to respond to Defendants' Motion to Dismiss Second Amended Complaint and states as follows:

1. Defendants' filed a Motion to Dismiss the Second Amended Complaint in this matter. A response was due to the Motion to Dismiss on or before December 16, 2020.

2. The undersigned previously requested a three-business day extension of time to respond to the Motion to Dismiss in light of the undersigned's work-load during this week. This Court graciously provided two additional days to respond to the Motion to Dismiss. Unfortunately, the undersigned has been in mediations on December 17 and 18, 2020, for most of each day which did not provide the opportunity to complete the Response to Motion to Dismiss Second Amended Complaint.

3. Accordingly, the undersigned counsel requests one additional business day, until December 21, 2020 to file the Response to Motion to Dismiss Second Amended Complaint.

4. In accordance with the Local Rules of this Court, the undersigned counsel communicated with opposing counsel with regard to his position on the prior extension. He never responded to the email and in light of prior representations that no professional courtesies will be extended, its assumed that opposing counsel objects to this requested extension.

5. Plaintiff respectfully requests an extension of time until December 21, 2020 to respond to the Motion to Dismiss Second Amended Complaint in this matter.

WHERFORE, Plaintiff requests that this Court enter an Order granting extension of time until December 21, 2020, to respond to the pending Motion to Dismiss Second Amended Complaint and for any other relief this Court deems just and proper under the circumstances.

## Certificate of Service

I HERERBY CERTIFY that a true and correct copy of the foregoing was served on this 18 day of August 2020, electronically upon opposing counsel: Laurie A. Perez, Esq., 200 South Michigan Ave., Suite 1100, Chicago, IL 60604.

BEHREN LAW FIRM
1930 N. Commerce Parkway
Suite 4
Weston, FL 33326
(954) 636-3802

By:_/Scott M. Behren/
Scott M. Behren
Fla. Bar 987786