UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-22746-AMC

CARLOS FERNANDEZ et al.

    Plaintiff,
vs.

CHECK ALT ERAS INC.
and SHAI STERN
    Defendants
_____/

**NOTICE OF SETTLEMENT**

    The parties hereby advises this Court that settlement has been reached at mediation in this matter.

    Behren Law Firm
    1930 N. Commerce Parkway-Suite 4
    Weston, FL 33326
    (954) 636-3802 - phone
    (772) 252-3365 - fax
    scott@behrenlaw.com

    By:/Scott M. Behren/
        Scott M. Behren
        Fla Bar No. 987786