UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   20-cv-22746-AMC

CARLOS FERNANDEZ

      Plaintiff,

vs.

CHECKALT ERAS, INC.
and SHAI STERN

      Defendants

_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, CARLOS FERNANDEZ and Defendants, CHECKALTERAS,

INC. And SHAI STERN by and through their respective counsel, and file this Joint Motion for

Approval of Settlement Agreement and for dismissal with prejudice, and as grounds in support

thereof state:

1.      Plaintiff was employed by Defendants  (the "Employment").

2.      On or about June 3, 2020, Plaintiff filed a lawsuit against Defendants in the

Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida, Case No. 2020-11724-

CA-01  which was removed on or about July 2, 2020, to the United States District Court,

Southern District of Florida, Miami Division,  alleging claims of unpaid overtime compensation,

in violation of the Fair Labor Standards Act ("FLSA") ("The Lawsuit").

3.      On June 8, 2021, the Parties attended a court ordered mediation in this matter. At

the conference, the parties were amicably resolved all disputed claims related to Plaintiff in the

Lawsuit (including attorneys' fees and costs), without any admission of fault or liability. A copy

of the Settlement Agreement reached between the parties is attached hereto as Exhibit A.

4. For a release and waiver of claims agreement to be considered effective under FLSA, it needs to be approved by a Court or supervised by the United States Department of Labor. See Lynn's Food Stores, Inc. v. United States Dept. of Labor, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (court must scrutinize the settlement agreement for fairness in FLSA cases); see also Silva v. Miller, 307 F. App'x 349, 351 (11th Cir. 2009).

5. Accordingly, the Parties are submitting the Settlement Agreement for approval by the Court.

## FAIRNESS OF THE TERMS OF SETTLEMENT

6. In the Lawsuit, Plaintiff alleged that he routinely worked in excess of 40 hours per week without being paid overtime, in violation of the FLSA. Defendant contends that there was no violation of the FLSA and further disputes Plaintiff's claims regarding the amount of time she worked.

7. A *bona fide* dispute exists between the Parties regarding the application of the FLSA and whether Plaintiff is entitled to payment of the overtime compensation and if Plaintiff is so entitled, how much overtime, if any, is owed.

8. To avoid the risks and costs associated with further litigation, Plaintiff and Defendants have agreed to resolve Plaintiff's disputed claims against Defendants. A fully signed Settlement Agreement has been submitted to this Court for review.

9. The Settlement Agreement and General Release ("Agreement") signed by Plaintiff and Defendants resolves all disputed claims and potential claims by Plaintiff against Defendant, including any claims for attorney's fees and costs, which are specifically addressed by the Agreement.

10.     Additionally, in light of the *bona fide* dispute in this case concerning the applicability of the FLSA to Plaintiff's claims and whether Plaintiff is entitled to any of the monies she claims is owed, Plaintiff and Defendants submit that the resolution of Plaintiff's claims in this case is fair and reasonable given the risks, uncertainties, and expense of further litigation or arbitration for all.

11.     Plaintiff and Defendant request that the Court approve the Agreement as fair and reasonable in this case given the nature of the dispute, the legal issues involved, and the risks and costs associated with further litigation.

### *Reasonableness of Attorney's Fees and Costs*

12.     Under the terms of the Agreement, Plaintiff's counsel is being paid for fees and costs in representing Plaintiff from commencement of the Lawsuit through approval of the settlement, the conclusion of the case, and disbursement of funds – which was negotiated separate from and without regard to the amount paid to Plaintiff to settle Plaintiff's alleged FLSA claims. See Bonetti v. Embarq Mgmt. Co., 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009). The proceeds that Plaintiff's counsel is to receive under the terms of this Agreement will be applied to (and shall fully satisfy all of) Plaintiff's litigation costs and attorneys' fees incurred in this matter for Plaintiff.

13.     At mediation this matter settled for $12,500 which Plaintiff and his counsel agreed to split as follows: $6,250 to Behren law Firm for attorneys fees, $458 in court costs to be paid and $5,792.00 to Carlos Fernandez.  In light of the work done on this matter, Plaintiff's counsel represents that the fees and costs are reasonable and represent a substantial compromise of the fee arrangement under the terms of the retention agreement with Plaintiff. Accordingly, Plaintiff and Defendant respectfully request that the Court approve the payment of fees to the Behren

Law Firm for claims for costs and attorneys' fees as part of the Agreement. Behren Law Firm has attached its fee records as Exhibit B that show it has spent over 50 hours of time in this matter so at its usual customary rate of $400 per hour the fees would otherwise be over $20,000.

WHEREFORE, for the above and foregoing reasons, the Parties respectfully request that this Court approve the attached Agreement as a fair and reasonable resolution of the *bona fide* dispute under the FLSA between Plaintiff and Defendants, and dismiss the above styled matter *with prejudice*, with each party bearing their own attorneys' fees and costs (except as specifically noted herein).

Respectfully submitted this 2 day of July 2021.

/Scott M. Behren/
Scott M. Behren
Florida Bar No. 987786
BEHREN LAW FIRM
1930 N. Commerce Parkway, Suite 4
Weston, FL  33326
Phone: (954)  636-3820
Fax:    (772)  252-3365
Email:  Scott@behrenlaw.com
Attorney for Plaintiff

//Stephen P. Dunn/
Stephen P. Dunn
Florida Bar No. ___Pro Hac Vice_____
201 W. Big Beaver Road, Sutie 500
Troy, MI 48084
Phone: (248) 743-6000
Email: sdunn@bodmanlaw.com
Attorney for Defendants

## CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This Confidential Settlement and Mutual Release Agreement ("Agreement") is hereby entered into by (1) Carlos Fernandez and Technological Concepts, Inc. (together "Fernandez"), and (2) CheckAlt ERAS, Inc. and Shai Stern (together "CheckAlt"). Fernandez and CheckAlt are sometimes collectively referred to herein as the "Parties" and individually, as a "Party". The effective date of this Agreement is the date of the last signature below (the "Effective Date").

### RECITALS:

A. Technological Concepts, Inc. provided informational systems services to CheckAlt for a period of time ending in January of 2020 (the "Services"). Carlos Fernandez is the owner of Technological Concepts, Inc.

B. In connection with the Services, Carlos Fernandez arranged for Technological Concepts, Inc. to prepare invoices and submit the invoices to CheckAlt for payment (the "Invoices").

C. CheckAlt contends that it paid all of the Invoices and does not owe Fernandez any more money.

D. Fernandez contends that CheckAlt failed to pay all of the Invoices, and also that CheckAlt violated provisions of the Fair Labor Standards Act (the "FLSA Allegations").

E. In around June of 2020, Fernandez filed a civil action against CheckAlt in the Miami-Dade County, Florida state court in which Fernandez alleged various claims including for breach of contract and also raised FLSA Allegations (the "State Court Action").

F. On July 2, 2020, CheckAlt timely removed the State Court Action to the United States District Court for the Southern District of Florida, where it was assigned Case No. 1:20-cv-22746-AMC (the "Federal Court Action"). CheckAlt moved to dismiss Fernandez's complaint, and the Federal Court granted CheckAlt's motion. Fernandez filed an amended complaint, and, after additional motion practice, only one claim remained, which included the FLSA Allegations. CheckAlt denies all of Fernandez's allegations and asserted appropriate affirmative defenses in the Federal Court Action.

G. The Parties desire to amicably resolve all claims raised and that could have been raised relative to the Services, Invoices, the FLSA Allegations, and otherwise relative to the State Court Action and the Federal Court Action, without the need for further litigation.



## AGREEMENTS:

For good and valuable consideration, the adequacy of which is hereby acknowledged, the Parties agree as follows:

1. **Settlement Payment.** CheckAlt shall pay to Fernandez the amount of twelve thousand five hundred United States dollars ($12,500) (the "Settlement Payment"). CheckAlt shall pay the Settlement Payment to Fernandez not later than seven (7) days after the Effective Date via check payable to Behren Law Firm Trust Account which CheckAlt shall mail to Fernandez's counsel, Scott Behren. In addition to and separate from the Settlement Payment, CheckAlt shall pay the entire cost of the mediation in this action, in the amount of one thousand two hundred eighty seven United States dollars and fifty cents ($1,287.50). CheckAlt shall pay the cost of mediation to the mediator directly as instructed by the mediator, and not to Fernandez.

2. **Mutual Releases.** In exchange for the consideration set forth in this Settlement Agreement, each of the Parties, on behalf of itself, together with its current and former principals, officers, directors, managers, shareholders, employees, agents, parent companies, subsidiaries, affiliates, attorneys, trustees, trusts, trustors, predecessors, successors, assigns, and representatives of any kind, if any, and for all those who may have the right to claim by, through, or under it, individually or collectively, shall and hereby does generally release, acquit, and forever discharge the other, together with its current and former principals, officers, directors, managers, shareholders, employees, agents, parent companies, subsidiaries, affiliates, attorneys, trustees, trusts, trustors, accountants, insurers, predecessors, successors, assigns, and representatives of any kind from and against any and all liability which it now has, has had, or may have, and from all claims, demands, liens, actions, administrative proceedings, and causes of action of every kind and nature, and from all damages, injuries, losses, contributions, indemnities, compensation, obligations, costs, attorneys' fees, and expenses of every kind and nature whatsoever, whether known or unknown, fixed or contingent, whether in law or in equity, whether asserted or unasserted, whether sounding in tort or in contract, including those arising from or related to: (i) the Services, Invoices, the FLSA Allegations, and otherwise relative to the State Court Action and the Federal Court Action, or that could have been asserted in a lawsuit or counterclaim, or (ii) the Parties' prior business relationship and/or any understanding or agreement between the Parties, whether written or oral.

3. **Dismissal With Prejudice.** Upon execution and delivery of this Agreement, the Parties shall execute a stipulated order of dismissal of the Federal Court Action with prejudice, the form of which is attached as Exhibit A to this Settlement Agreement. The stipulated order of dismissal shall in no way affect the obligations of the Parties as set forth in this Agreement. The dismissal order resolves with finality all claims raised and that could have been raised relative to the Services, Invoices, the FLSA Allegations, and otherwise relative

to the State Court Action and the Federal Court Action, without the need for further litigation.

5. **Voluntary Compromise.** The Parties agree that they have voluntarily entered into this Agreement as a compromise and resolution of all disputes, and further acknowledge that this Agreement shall not be construed as: (a) an admission by any Party that any claim or defense has or lacks merit; or (b) an admission by any Party of any obligation or liability (other than the obligations and liabilities set forth herein).

6. **Representations and Warranties.** Each of the Parties to this Agreement represents and warrants that: (a) no other person has or has had any interest in the claims released under this Agreement; (b) it is duly authorized to execute this Agreement and does not need consent from any person for the execution of this Agreement; and (c) it has not assigned, transferred, conveyed, subjected to a security interest, or otherwise encumbered or impaired in any way of the claims released under this Agreement.

7. **Counterparts.** This Agreement may be executed in one or more counterparts, and any of the Parties may execute and deliver this Agreement by executing and delivering any of such counterparts, each of which when executed and delivered shall be deemed to be an original and all of which taken together shall constitute one and the same instrument. A facsimile, PDF or other electronic signature of any party shall be considered to have the same binding legal effect as an original signature.

8. **Integration.** This Agreement constitutes the entire agreement between the Parties. There are no other promises, representations, communications, agreements, or other understandings, whether written or oral, among the Parties that are not expressed in this Agreement. The terms of this Agreement may not be changed in any way, whether by addition, deletion, waiver, or otherwise, unless all of the Parties otherwise agree in a writing signed by all of the Parties.

9. **Binding Agreement.** The Parties acknowledge having read this Agreement and understanding all of its provisions. The Parties agree that each has had the opportunity to consult with an attorney regarding this Agreement, and that this Agreement will not be construed against any of the Parties as the drafter. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

10. **Choice of Law.** This Agreement was negotiated within and shall be construed and interpreted in accordance with the laws of the State of Florida.

11. **Non-Disparagement.** The Parties agree that they shall not disparage each other. If asked about this Agreement or the resolution or outcome of the Federal Court Action, the Parties shall only indicate generally that the matter resolved amicably, or words to that effect. If prospective employers ask CheckAlt for a reference regarding Fernandez, CheckAlt shall provide a neutral reference indicating the dates of Fernandez's affiliation with CheckAlt and general contractor duties.

12. **Recitals.** The recitals above are incorporated into and made part of this Agreement.

13. **Litigation and Attorneys' Fees, Expenses, and Costs.** The Parties agree that each Party shall be solely responsible for its own respective litigation fees, attorneys' fees, expenses, and other costs and expenses incurred in connection with the matters resolved in this Agreement, except only for the mediation costs as set forth in paragraph 1 above.

14. **Acknowledgement of Mutual Compromise and Valuable Consideration.** The Parties hereby acknowledge and agree that the exchange set forth in this Agreement reflects a mutual compromise and constitutes an exchange of valuable consideration.

15. **Consultation with Attorneys.** The Parties represent and warrant that each of them has undertaken its own investigation of the facts and is relying solely upon its own knowledge and the advice of legal counsel. The Parties further represent and warrant to each other that they have each consulted with independent legal counsel and other advisors and have been provided with a reasonable period of time to consider and execute this Agreement. The Parties, therefore, stipulate and agree that this Agreement shall not be construed against any Party as the drafter thereof. All provisions of this Agreement have been negotiated by the Parties at arms' length, and no Party shall be deemed the scrivener of this Agreement. The Parties agree and direct that the rule of contract construction providing that ambiguous contract terms should be interpreted against the drafting party shall not apply nor be applied to this Agreement.

16. **Tax Liability.** Fernandez acknowledges and agrees that: (i) CheckAlt may report any consideration made pursuant to this Agreement to the Internal Revenue Service and/or state and local tax authorities or agencies; (ii) Fernandez is solely responsible for determining and satisfying any tax liability resulting from any consideration made pursuant to this Agreement; and (iii) the parties released in paragraph 2 neither made any representations nor offered any advice or opinion concerning the tax consequences of the Agreement or consideration made under this Agreement.

[signatures appear on following page]

We reviewed this Agreement, we understand all of its terms, we agree with this Agreement, and we enter into it voluntarily as evidenced by our signatures below:

Dated: 6/10/21

Carlos Fernandez

Personally and individually

Dated: 6/10/2

Technological Concepts, Inc.

By: Carlos Fernandez
Its: President

Dated: 6/11/21

CheckAlt ERAS, Inc.

By: Shai Stern
Its: Co-Chairman & CEO

Dated: 6/11/21

Shai Stern

Personally and individually

Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 20-22746-CIV-UNGARO

CARLOS FERNANDEZ and
TECHNOLOGICAL CONCEPTS, INC.,

     Plaintiffs.

v.

CHECKALT ERAS, INC. and
SHAI STERN.

     Defendants.

_____/

### STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

This matter having come before the Court on the stipulation of the parties; the parties having mediated on June 8, 2021 and reached an amicable resolution of this action and entered into a confidential written settlement agreement describing more fully all of the terms of their agreements in connection with the final resolution of this action; and the Court being fully advised in the premises:

NOW THEREFORE, IT IS ORDERED that all claims raised and that could have been raised in this action or in any action by Plaintiffs against Defendants, shall be and hereby are dismissed with prejudice.

IT IS SO ORDERED.

This is a final order that closes this action.

Stipulated:

_____
Scott Behren, Esq.
Counsel for Plaintiffs

_____
Stephen P. Dunn, Esq.
Counsel for Defendants

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/21/2021 | | Other: Emails with client re: settlement; review of COurt order on same — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 06/09/2021 | | Review: and revise settlement agreement — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 06/06/2021 | | Other: emails re: sub of counsel and review of Motion re: same — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 05/21/2021 | | Other: Emails re: mediation — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 05/11/2021 | | Other: Emails with counsel and mediator re: mediation date change — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.30h | 0.00 | 0.00 | - |
| 05/11/2021 | | Review: of emails re: mediation — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 04/26/2021 | | Preparation: of proposed Interim Case Management Report and emails with counsel re: same — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.10h | 0.00 | 0.00 | - |
| 04/21/2021 | | Other: Call re: conferral on discovery issues — Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 04/16/2021 | | Other: Emails re: conferral call | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.10h | 0.00 | 0.00 | - |
| | | | | | **50.3h** | | **$0.00** | **$458.00** |
| | | | | | 0.0h | | | 0.0h |

"1B"

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 04/08/2021 | | Other: Emails with counsel re: conferral<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 03/29/2021 | | Other: Emails re: discovery<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 03/26/2021 | | Other: Attend Magistrate hearing<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 03/25/2021 | | Other: Review and preparation for hearing on Motion to Compel<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 1.50h | 0.00 | 0.00 | - |
| 03/25/2021 | | Other: Emails with Magistrate re: materials for hearing tomorrow<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 03/18/2021 | | Other: Preparation of Notice of Hearing and emails with law clerk re: same<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 03/11/2021 | | Other: Calls with Magistrates re: hearing time on Motion to Compel<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 03/09/2021 | | Other: Preparation of answers to interrogatories and emails with client re: same<br>Non-billable | 00803-Fernandez<br>Case Against CheckAlt | Scott Behren | 1.10h | 0.00 | 0.00 | - |
| | | | | | | | **$0.00**<br>50.3h | **$458.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 03/08/2021 | | Other: Emails with counsel re: document production<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 03/05/2021 | ⊙ | Other: preparation of Response to RFP, calls with client re: same; emails with counsel re: discovery non compliance and review of Magistrate O'Sullivans procedures<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 1.50h | | 0.00 | - |
| 03/01/2021 | ⊙ | Other: Emails with counsel re: compliance with discovery<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 02/28/2021 | ⊙ | Review: of responses to discovery<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 02/17/2021 | ⊙ | Review: of order of mediation<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.10h | 0.00 | 0.00 | - |
| 02/10/2021 | ⊙ | Other: emails re: mediation setting<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 02/08/2021 | ⊙ | Other: Emails re: mediation setting<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 02/07/2021 | ⊙ | Other: Emails re: mediation scheduling<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 02/07/2021 | ⊙ | Other: Emails with counsel re: agreement to mediator<br>✳ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |

**$0.00**
**50.3h**

**$458.00**
0.0h

# Activities Export

| Date ▾ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/04/2021 | ⏲ | Other: Review of RFP and interrogatories to client and emails re: same<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 01/28/2021 | ⏲ | Other: Re serve discovery; email to counsel re: selection of mediator; review and calendar trial order and mediation order<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 01/21/2021 | ⏲ | Review; of answer and defenses<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.30h | 0.00 | 0.00 | - |
| 12/20/2020 | ⏲ | Other: Preparation of Response to Motion to Dismiss Second Amended Complaint and research re: same<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 3.10h | 0.00 | 0.00 | - |
| 12/18/2020 | ⏲ | Other: Preparation of Motion for Extension of time to REspond to Motion to Dismiss Second Amended Complaint<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 12/08/2020 | ⏲ | Other: Review of Order on Motion to Strike<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 11/27/2020 | ⏲ | Preparation: of Motion for extension to respond to Motion to Dismiss<br>⬡ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |

**$0.00**
50.3h

**$458.00**
0.0h

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/27/2020 | ⏱ | Other: Preparation of Motion to Strike Motion to Dismiss and research re: same<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 1.10h | 0.00 | 0.00 | - |
| 11/24/2020 | ⏱ | Other: emails with counsel re: motion to Strike latest Motion to Dismiss<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.20h | 0.00 | 0.00 | - |
| 11/15/2020 | ⏱ | Review: of Motion to Dismiss Second Amended Complaint<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.30h | 0.00 | 0.00 | - |
| 11/12/2020 | ⏱ | Other: Call with CLerk and file addition of new party<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.50h | 0.00 | 0.00 | - |
| 11/06/2020 | ⏱ | Review: of Order granting leave to amend<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.30h | 0.00 | 0.00 | - |
| 11/01/2020 | ⏱ | Other: Preparation of Reply in Support of Motion for Leave to File Second Amended Complaint and legal research re: same<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 3.10h | 0.00 | 0.00 | - |
| 10/27/2020 | ⏱ | Review: of Response to Motion for Leave to Amend<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.50h | 0.00 | 0.00 | - |
| 10/23/2020 | ⏱ | Other: Review of order resetting scheduling conference<br>⚙ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott<br>Behren | 0.20h | 0.00 | 0.00 | - |
| | | | | | | | **$0.00**<br>50.3h | **$458.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/12/2020 | 🕐 | Preparation: of EEOC papers and emails with client re: same<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 10/12/2020 | 🕐 | Preparation: of Second Amended Complaint and Motion for Leave to amend and emails with counsel re: same<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 2.10h | 0.00 | 0.00 | - |
| 10/12/2020 | 🕐 | Review: of letter with check<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.10h | 0.00 | 0.00 | - |
| 10/09/2020 | 🕐 | Other: Emails with counsel and preparation and filing of Motion for Extension of Time to Respond to Motion to Dismiss Amended Complaint<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 10/09/2020 | 🕐 | Other: Emails re: extension to respond to Motion to Dismiss Amended Complaint<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 09/28/2020 | 🕐 | Other: Attend Magistrate Settlement Conference<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 2.50h | 0.00 | 0.00 | - |
| 09/27/2020 | 🕐 | Other: Review of Court Order on Motion to Compel and review of response to FLSA statemetn<br>❋ Non-billable | 00803-Fernandez<br>Case Against Check-Alt | Scott Behren | 0.30h | 0.00 | 0.00 | - |
| 09/27/2020 | 🕐 | Review: of settlement conference | 00803-Fernandez | Scott | 0.50h | 0.00 | 0.00 | - |
| | | | | | | | **$0.00** | **$458.00** |
| | | | | | | | 50.3h | 0.0h |

# Activities Export

07/02/2021
10:40 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | order and order on Motion to Compel and calls with client re: same<br>❄ Non-billable | Case Against CheckAlt | Behren | | 0.00 | 0.00 | - |
| 09/27/2020 | ⏱ | Other: Emails with counsel re: compliance with Court Order (.3); research re: same (.3); preparation of Motion to Compel Compliance with Court Order (.8)<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.40h | 0.00 | 0.00 | - |
| 09/19/2020 | ⏱ | Review: of scheduling order<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.10h | 0.00 | 0.00 | - |
| 09/16/2020 | ⏱ | Other: Call with Judge re: scheduling order<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.30h | 0.00 | 0.00 | - |
| 09/15/2020 | ⏱ | Other: Emails re: discovery owed<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 09/11/2020 | ⏱ | Preparation: of Amended Complaint<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.20h | 0.00 | 0.00 | - |
| 09/10/2020 | ⏱ | Preparation: of Amended Complaint for Damages in accordance with Court Order<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.20h | 0.00 | 0.00 | - |
| 08/31/2020 | ⏱ | Review: of Court order on Motion to Dismiss<br>❄ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |

**$0.00**
50.3h
**$458.00**
0.0h

# Activities Export

07/02/2021
10:40 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/16/2020 | | Preparation: of RFP and interrogatories to Defendants | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/16/2020 | | Other: Research and preparation of Response to Motion to Dismiss | 00803-Fernandez Case Against CheckAlt | Scott Behren | 3.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/13/2020 | | Preparation: of Motion for Extension of time to Respond to Motion to Dismiss | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/11/2020 | | Review: of orders on Motion to Dismiss and Order setting scheduling conference and emails with client re: same | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/11/2020 | | Other: Call with Magistrate Judge settlement conference | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/07/2020 | | Preparation of Motion: for extension of time to respond to Motion to Dismiss | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/07/2020 | | Review: and revise and file joint scheduling report | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| 08/07/2020 | | Preparation: of scheduling order | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| | | Non-billable | | | | | | |
| | | | | | | | **$0.00** | **$458.00** |
| | | | | | | | 50.3h | 0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 08/07/2020 | ☺ | Other: Review and revise Joint Scheduling Report (.6); emails re: extension to respond to Motion to Dismiss (.2) <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 08/05/2020 | ☺ | Other: Email with client re: ▓▓▓▓▓▓ <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 08/04/2020 | ☺ | Other: Emails with counsel re: Joint Scheduling Report; call to Judge Ugaro re: FLSA Order <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 08/03/2020 | ☺ | Review: of Notice of Settlement Conference <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 07/28/2020 | ☺ | Review: of order on motion for pro hac vice <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 07/26/2020 | ☺ | Review: of Motion to Dismiss <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 07/24/2020 | ☺ | Other: Review of Motion and Order on extension of time (.2); review and respond to email re: phv Motion (.1); email re: Joint Scheduling Report (.1) <br> Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.80h | 0.00 | 0.00 | - |
| 07/22/2020 | ☺ | Other: Preparation of Joint Scheduling report and emails with | 00803-Fernandez Case Against CheckAlt | Scott Behren | | | | |

$0.00  $458.00
50.3h  0.0h

# Activities Export

| Date | ▾ Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/10/2020 | ⏱ | Review: of Zoom Order counsel re: same ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 07/03/2020 | ⏱ | Other: Emails with client re: status ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 07/02/2020 | ⏱ | Review: of Notice of Removal ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 06/30/2020 | ⏱ | Other: Emails with counsel re: extension of time to respond to Complaint ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |
| 06/30/2020 | ⏱ | Other: Emails with cousel re: extension to respond to complaint ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.20h | 0.00 | 0.00 | - |
| 06/29/2020 | ⏱ | Other: review of proof of service on Check Alt ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.10h | 0.00 | 0.00 | - |
| 06/14/2020 | $ | Service of Process ⦿ Unbilled | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.00 | 40.00 | - | 40.00 |
| 06/04/2020 | $ | Filing Fee for Summons ⦿ Unbilled | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.00 | 10.00 | - | 10.00 |
| 06/04/2020 | ⏱ | Other: preparation of summons and file same ⚙ Non-billable | 00803-Fernandez Case Against CheckAlt | Scott Behren | 0.50h | 0.00 | 0.00 | - |

$0.00
50.3h

$458.00
0.0h

# Activities Export

07/02/2021
10:40 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 06/02/2020 | $ | Filing Fee Unbilled | 00803-Fernandez Case Against CheckAlt | Scott Behren | 1.00 | 408.00 | - | 408.00 |
| | | | | | | | $0.00 | $458.00 |
| | | | | | | | 50.3h | 0.0h |