UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22746-CIV-CANNON/Reid

**CARLOS FERNANDEZ and**
**TECHNOLOGICAL CONCEPTS, INC.**,

     Plaintiffs,

v.

**CHECKALT ERAS, INC. and**
**SHAI STERN,**

     Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice ("Joint Motion") and Incorporated Settlement Agreement (the "Agreement") [ECF No. 81], filed on July 2, 2021. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and seek the Court's approval of their Settlement Agreement [ECF No. 81 pp. 5-9]. After carefully considering the Joint Motion, the Settlement Agreement, the record, and applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

     **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion **[ECF No. 81]** is **GRANTED**.

2. The Settlement Agreement and Mutual Release Agreement entered into between Plaintiffs, Carlos Fernandez and Technological Concepts, Inc., and Defendants, Checkalt Eras, Inc.

CASE NO. 20-22746-CIV-CANNON/Reid

and Shai Stern, which has been duly filed with the Court [ECF No. 81 pp. 5-9], is **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

5. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida this 7th day of July 2021.

*[signature]*
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record